[No. 25101-2-III.   Division Three.   November 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD KINSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 05-1-50385-7, Vic L. VanderSchoor, J., entered April 11, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Kulik and Stephens, JJ.

[No. 25399-6-III.   Division Three.   November 6, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PHILLIP TESCH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-03620-7, Harold D. Clarke III, J., entered July 10, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 25871-8-III.   Division Three.   November 6, 2007.]

DANIELLE VERTEFEUILLE, *Individually, as Guardian, and as Personal Representative, Appellant*, v. JAMES A. RESTUCCI, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-2-00302-3, C. James Lust, J., entered February 5, 2007. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 55377-1-I.   Division One.   November 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. COLBY T. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-01386-5, Ira Uhrig, J., entered November 8, 2004. *Affirmed* by unpublished per curiam opinion.